IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERROD DONYALE WATERHOUSE, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV-25-116-D |
| DEBBIE MORAN, | ) |
| Respondent. | ) |

### ORDER

Before the Court is United States Magistrate Judge Shon Erwin's Report and Recommendation [Doc. No. 6] filed pursuant to 28 U.S.C. § 636(b)(1). Judge Erwin recommends transferring this action to the United States District Court for the Northern District of Oklahoma. Plaintiff has not filed any timely objections.

Upon review, and for the reasons stated therein, the Court **ADOPTS** the Report and Recommendation [Doc. No. 6] in its entirety.

**IT IS THEREFORE ORDERED** that the above-captioned action is **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED** this 3rd day of March, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge